UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REAL PROPERTY LOCATED AT 2101 SOUTH
SURF ROAD, UNIT 2E, HOLLYWOOD,
FLORIDA, *et al.*,

      Defendants *In Rem*.

_____/

## NOTICE OF ACTION

To:    LAND TRUST TH 041117, AND ALL OTHER PERSONS WHO MAY CLAIM AN INTEREST IN THE DEFENDANT PROPERTY.

    1.    DATE NOTICE SENT: _____

    2.    FORFEITURE COMPLAINT: On or about October 15, 2019, the United States of America filed a Verified Complaint for Forfeiture *In Rem* seeking forfeiture of, among other assets, real property located at 2101 South Surf Road, Unit 2E, Hollywood, Florida, UNITED STATES (the "Defendant Property"), including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, which is more fully described as:

> Condominium Unit No. 2E, of SAGE BEACH, A CONDOMINIUM, according to the Declaration of Condominium thereof recorded under Instrument No. 113779593, of the Public Records of Broward County, Florida, and all amendments thereto, together with its undivided share in the common elements.

Parcel ID No. 514224-BE-0050.

    3.    FILING OF A VERIFIED CLAIM: Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to

avoid forfeiture of the Defendant Property, any person who asserts an interest in the Defendant Property **must** file a verified claim within **35** days after the date of this Notice is sent or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5. FILING OF AN ANSWER: If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **21** days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk of the Court, United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy of the claim and answer or motion, with any attachments, must be sent to the undersigned counsel, Danielle Croke and Nicole Grosnoff, Assistant United States Attorneys, 99 N.E. 4th Street, 7th Floor, Miami, FL 33132.

7. In accordance with 18 U.S.C. § 985(c)(1)(B), this Notice shall be posted on the Defendant Property and served on the title owner, along with a copy of the Verified Complaint for Forfeiture *In Rem*.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Verified Complaint for Forfeiture *In Rem*. You may wish to seek legal advice to protect your interests.**

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   */s/ Danielle Croke*
        Danielle Croke
        Assistant United States Attorney
        Fla. Bar No. 0723258
        Danielle.croke@usdoj.gov
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (561) 209-1035
        Facsimile: (561) 655-9785

        */s/ Nicole Grosnoff*
        Nicole Grosnoff
        Assistant United States Attorney
        Court ID No. A5502029
        Nicole.s.grosnoff@usdoj.gov
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9294
        Facsimile: (305) 536-4089