UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    1:19-cv-24249-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
RESIDENCIAL SANTA MARIA SIGNATURE,
APARTMENTS 9-A AND 9-B, INCLUDING
FIXTURES AND FURNISHINGS, IN PANAMA,
PANAMA,

REAL PROPERTY LOCATED AT
RESIDENCIAL SANTA MARIA SIGNATURE,
APARTMENTS 2-A, 2-B, 3-B, 5-B, 6-B, 7-B, 8-A,
11-A, 11-B, INCLUDING FIXTURES AND
FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT
RESIDENCIAL COSTAMARE, APARTMENT
24-011, INCLUDING FIXTURES AND
FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT
RESIDENCIAL COSTAMARE, APARTMENT
24-021, INCLUDING FIXTURES AND
FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT VISTAMAR
GOLF VILLAGE, NUMBER 3, INCLUDING
FIXTURES AND FURNISHINGS, IN PANAMA,
PANAMA, *et al*.,

    Defendant(s).
_____/

**VERIFIED CLAIM AND STATEMENT OF INTEREST OF ZENAIDA CLARET
URBANO-TAYLOR ROMERO**

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Federal Rules of Civil Procedure Supplemental Rule G(5)(a), Claimant Zenaida Claret Urbano-Taylor Romero ("Claimant") hereby asserts an interest in and files this Claim to all right and title to real property located in Panama, including all fixtures, appurtenances, improvements, attachments and easements found therein or thereon, at Residencial Santa Maria Signature, Apartments 9-A, 9-B, 2-A, 2-B, 3-B, 5-B, 6-B, 7-B, 8-A, 11-A, 11-B, Residencial Costamare, Apartments 24-011 and 24-021, and Vistamar Golf Village, Number 3 (together, the "Defendant Assets"). Considering the Government's contention that the Defendant Assets belong to Carmelo Urdaneta Aqui and were purchased during their marriage, (Verified Complaint ¶¶ 60–68), Claimant asserts this Claim as an owner of those assets and is entitled to all rights, appurtenances, improvements, and attachments thereon, as well as all leases, rents and profits therefrom.

### VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 07 day of December, 2019, at 10:00 pm. PANAMA.

_____
Zenaida Claret Urbano-Taylor

Dated:   December 9, 2019

Respectfully submitted,

**KOBRE & KIM LLP**

<u>/s/ John D. Couriel</u>
John D. Couriel, Esq.
Florida Bar No. 831271
John.Couriel@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

Martin De Luca, Esq. (*pro hac vice* pending)
Martin.DeLuca@kobrekim.com
800 Third Ave
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

Jason Short, Esq. (*pro hac vice* pending)
Jason.Short@kobrekim.com
800 Third Ave
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

*Attorneys for Claimant Zenaida Claret Urbano-Taylor Romero*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2019 a true and correct copy of the foregoing Verified Claim and Statement of Interest was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing on all counsel or parties of record on the service list. I further certify that a true and correct copy of the foregoing was served via U.S. Mail upon all counsel identified on the manual notice list.

/s/ John D. Couriel
John D. Couriel

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Nicole Grosnoff
nicole.s.grosnoff@usdoj.gov

Danielle Nicole Croke
danielle.croke@usdoj.gov

Aaron A. Wernick
awernick@furrcohen.com

Jeffrey Henry Sloman
jsloman@sslawyers.com

**Manual Notice List**

Danielle Croke
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, FL 33132

Nicole Grosnoff
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, FL 33132