**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.    1:19-cv-24249-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ONE 1999 135-FOOT BAGLIETTO YACHT, KNOWN AS M/Y BLUE ICE, OFFICIAL NUMBER 40146 REGISTERED IN ST. VINCENT AND THE GRENADINES, IN CURACAO,

APPROXIMATELY $5,999,710.00 IN U.S. CURRENCY SEIZED ON OR ABOUT DECEMBER 19, 2017,

APPROXIMATELY $35,488,967.72 IN U.S. CURRENCY SEIZED ON OR ABOUT JANUARY 8, 2018,

APPROXIMATELY $4,096,989.74 IN U.S. CURRENCY RECOVERED ON OR ABOUT JULY 17, 2018,

REAL PROPERTY LOCATED AT RESIDENCIAL SANTA MARIA SIGNATURE, APARTMENTS 9-A AND 9-B, INCLUDING FIXTURES AND FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT RESIDENCIAL SANTA MARIA SIGNATURE, APARTMENTS 2-A, 2-B, 3-B, 5-B, 6-B, 7-B, 8-A, 11-A, 11-B, INCLUDING FIXTURES AND FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT RESIDENCIAL COSTAMARE, APARTMENT 24-011, INCLUDING FIXTURES AND FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT
RESIDENCIAL COSTAMARE, APARTMENT
24-021, INCLUDING FIXTURES AND
FURNISHINGS, IN PANAMA, PANAMA,

REAL PROPERTY LOCATED AT VISTAMAR
GOLF VILLAGE, NUMBER 3, INCLUDING
FIXTURES AND FURNISHINGS, IN PANAMA,
PANAMA,

REAL PROPERTY LOCATED AT 18555
COLLINS AVENUE, UNIT 2205, SUNNY ISLES
BEACH, FLORIDA 33160,

ALL ASSETS ON DEPOSIT IN ACCOUNT
NUMBER Z1ULD767 AT VALBURY CAPITAL,
LTD. IN LONDON, UNITED KINGDOM, and

REAL PROPERTY LOCATED AT 2101 SOUTH
SURF ROAD, UNIT 2E, HOLLYWOOD,
FLORIDA,

                Defendants *In Rem*.

_____/

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM* ON BEHALF OF ZENAIDA CLARET URBANO-TAYLOR ROMERO

Claimant Zenaida Claret Urbano-Taylor Romero ("Claimant"), by and through her undersigned counsel, hereby answers the Verified Complaint for Forfeiture *In Rem* ("Complaint") as follows:

### NATURE OF THE ACTION

1. The allegations in this Paragraph set forth Plaintiff's legal allegations and its characterization of its action, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

2

## **JURISDICTION AND VENUE**

2. This Paragraph consists of conclusions of law, to which no response is required.

3. This Paragraph consists of conclusions of law, to which no response is required.

4. This Paragraph consists of conclusions of law, to which no response is required.

## **FACTUAL ALLEGATIONS**

**A. Introduction**

5. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

6. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

7. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

8. Claimant admits the allegations in this Paragraph.

9. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

10. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

11. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

12. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

13. Claimant admits the allegations in this Paragraph.

14. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

15. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

16. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

17. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

18. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

19. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

20. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

21. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

22. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

23. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

24. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

25. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

26. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

27. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

28. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

29. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

30. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

31. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

32. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

33. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

34. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

35. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

36. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

37. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

38. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**B.     Eaton-Rantor Loan Scheme**

39. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

40. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

41. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

42. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

43. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**C.     Kickback and Bribe Payments to Venezuela Official 1**

44. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

45. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

46. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

47. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

48. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**D.     Acquisition of M/Y Blue Ice**

49. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

50. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

51. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

52. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

53. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**E.     Laundering of Proceeds for Urdaneta, Seized Funds, and Acquisition of Panama Real Properties, Porsche Design Tower Unit, and Valbury Account**

54. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

55. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

56. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

57. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

58. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

59. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

60. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

61. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

62. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

63. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

64. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

65. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

66. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

67. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

68. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

69. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

70. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

71. Claimant admits that Paladium Real Estate Group, LLC ("Paladium") is the company that holds title to Unit 2205 at the Porsche Design Tower, but lacks knowledge or information sufficient to form a belief as to the remaining allegations in this Paragraph.

72. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

73. Claimant admits the allegations in this Paragraph.

74. Claimant admits that Carolina Croquer was appointed as manager of Paladium and that Paladium filed an amended articles of organization reflecting that change. Claimant avers that Paladium's management changed because she was unable to oversee the construction and design of Unit 2205 at the Porsche Design Tower. To the extent a response is required to the allegation that Carolina Croquer is Amparan's relative, Claimant lacks knowledge or information sufficient to form a belief as to that allegation.

75. Claimant admits the allegations in this Paragraph.

76. Claimant admits the allegations in this Paragraph.

77. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

78. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

79. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

80. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

81. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**F.     Laundering of Proceeds for Ortega and Sage Beach Unit 2E**

82. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

83. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

84. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

85. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

86. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

87. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

88. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

89. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

90. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

91. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

92. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

93. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

94. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

95. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

96. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

97. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

98. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

99. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

100. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

101. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

102. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

103. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

104. Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

**G.    Federal Criminal Cases**

105. This Paragraph consists of conclusions of law, to which no response is required.

106. This Paragraph consists of conclusions of law, to which no response is required.

107. This Paragraph consists of conclusions of law, to which no response is required.

108. This Paragraph consists of conclusions of law, to which no response is required.

109. This Paragraph consists of conclusions of law, to which no response is required.

## BASIS FOR FORFEITURE

110. This Paragraph consists of conclusions of law, to which no response is required.

111. This Paragraph consists of conclusions of law, to which no response is required.

112. This Paragraph consists of conclusions of law, to which no response is required.

113. This Paragraph consists of conclusions of law, to which no response is required.

114. This Paragraph consists of conclusions of law, to which no response is required.

115. This Paragraph consists of conclusions of law, to which no response is required.

116. This Paragraph consists of conclusions of law, to which no response is required.

117. This Paragraph consists of conclusions of law, to which no response is required.

118. This Paragraph consists of conclusions of law, to which no response is required.

119. This Paragraph consists of conclusions of law, to which no response is required.

120. This Paragraph consists of conclusions of law, to which no response is required.

## FIRST CLAIM
### Proceeds of Foreign Bribery Offenses
### (18.U.S.C. § 981(a)(1)(C))

121. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

122. Claimant denies each and every allegation set forth in this Paragraph.

123. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

## SECOND CLAIM
### Property Involved in Money Laundering Conspiracy
### (18 U.S.C. § 981(a)(1)(A))

124. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

125. Claimant denies each and every allegation set forth in this Paragraph.

126. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

### THIRD CLAIM
### Property Involved in Concealment Laundering Transactions
### (18 U.S.C. § 981(a)(1)(A))

127. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

128. Claimant denies each and every allegation set forth in this Paragraph.

129. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

### FOURTH CLAIM
### Property Involved in International Promotional Laundering Transactions
### (18 U.S.C. § 981(a)(1)(A))

130. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

131. Claimant denies each and every allegation set forth in this Paragraph.

132. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

### FIFTH CLAIM
### Property Involved in International Concealment Laundering Transactions
### (18 U.S.C. § 981(a)(1)(A))

133. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

134. Claimant denies each and every allegation set forth in this Paragraph.

135. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

## SIXTH CLAIM
### Property Involved in Laundering Transaction Greater Than $10,000
### (18 U.S.C. § 981(a)(1)(A))

136. Claimant incorporates her responses to each and every allegation incorporated by Plaintiff in this Paragraph as if fully set forth herein.

137. Claimant denies each and every allegation set forth in this Paragraph.

138. This Paragraph consists of conclusions of law, to which no response is required. To the extent a response is required, Claimant lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

139. The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Due Process; Fifth Amendment)

140. The forfeiture of the Defendant Assets would violate the substantive and procedural due process rights guaranteed by the Due Process Clause of the Fifth Amendment to the United States Constitution.

## THIRD AFFIRMATIVE DEFENSE
### (Excessive Fine; Eighth Amendment)

141. The forfeiture of the Defendant Assets would be unconstitutionally excessive and would violate the Excessive Fines Clause of the Eighth Amendment.

## FOURTH AFFIRMATIVE DEFENSE
### (Equitable Estoppel)

142. Plaintiff's claims are barred by the equitable doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE
### (Innocent Ownership)

143.　Claimant is an innocent owner of the *res* the Plaintiff seeks to seize and the acts or omissions alleged in this Complaint were committed without her knowledge.

## SIXTH AFFIRMATIVE DEFENSE
### (Act of State Doctrine)

144.　Plaintiff's Complaint should be dismissed under the act of state doctrine.

## SEVENTH AFFIRMATIVE DEFENSE
### (International Comity)

145.　Plaintiff's Complaint should be dismissed, and the Court should abstain from exercising jurisdiction, under the principles of international comity.

## EIGHTH AFFIRMATIVE DEFENSE
### (Tracing)

146.　Plaintiff's claims are barred by its failure to trace seized funds under 18 U.S.C. § 981.

## NINTH AFFIMATIVE DEFENSE
### (Subsequently Discovered Defenses)

147.　Claimant may discover additional affirmative defenses. Claimant reserves the right to assert additional defenses if discovery indicates such defenses would be appropriate.

## CLAIMANT'S PRAYER FOR RELIEF

**WHEREFORE,** Claimant prays for judgment as follows:

1.　That Plaintiff's Complaint be dismissed with prejudice;

2.　That Plaintiff's request for forfeiture of the Defendant Assets be denied and the Defendant Assets be released to Claimant;

3.　That Claimant be awarded her costs incurred in defending this action as permitted by applicable law, including reasonable attorneys' fees; and

4. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Claimant demands a trial by jury on all issues so triable.

Dated:   December 30, 2019                                  Respectfully submitted,

**KOBRE & KIM LLP**

/s/ John D. Couriel
John D. Couriel, Esq.
Florida Bar No. 831271
John.Couriel@kobrekim.com
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120

Martin De Luca, Esq. (*pro hac vice*)
Martin.DeLuca@kobrekim.com
800 Third Ave
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

Jason Short, Esq. (*pro hac vice*)
Jason.Short@kobrekim.com
800 Third Ave
Floor 6
New York, NY 10022
Tel. +1 212 488 1200
Fax. +1 212 488 1220

*Attorneys for Claimant Zenaida Claret Urbano-Taylor Romero*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2019 a true and correct copy of the foregoing Verified Claim and Statement of Interest was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing on all counsel or parties of record on the service list. I further certify that a true and correct copy of the foregoing was served via U.S. Mail upon all counsel identified on the manual notice list.

/s/ John D. Couriel
John D. Couriel

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Nicole Grosnoff
nicole.s.grosnoff@usdoj.gov

Danielle Nicole Croke
danielle.croke@usdoj.gov

Aaron A. Wernick
awernick@furrcohen.com

Jeffrey Henry Sloman
jsloman@sslawyers.com

Jorge A Perez Santiago
jperezsantiago@sslawyers.com

John Daniel Couriel
john.couriel@kobrekim.com

Emiliano Martin De Luca
Martin.DeLuca@kobrekim.com

Jason Michael Short
Jason.Short@kobrekim.com

**Manual Notice List**

Danielle Croke
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, FL 33132

Nicole Grosnoff
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, FL 33132