UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-24249-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY $5,999,710.00 IN U.S.
CURRENCY SEIZED ON OR ABOUT
DECEMBER 19, 2017,

APPROXIMATELY $35,488,967.72 IN U.S.
CURRENCY SEIZED ON OR ABOUT
JANUARY 8, 2018,

APPROXIMATELY $4,096,989.74 IN U.S.
CURRENCY RECOVERED ON OR ABOUT
JULY 17, 2018, and

ALL ASSETS ON DEPOSIT IN ACCOUNT
NUMBER Z1ULD767 AT VALBURY CAPITAL,
LTD. IN LONDON, UNITED KINGDOM,

        Defendants *In Rem*.
_____/

## ORDER OF FORFEITURE BY DEFAULT JUDGMENT

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for entry of an Order of Forfeiture by Default Judgment against the above-captioned Defendants *In Rem*. Being fully advised in the premises and based on the United States' Motion for Entry of Order of Forfeiture by Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) (DE 50, the "Motion"), and Memorandum of Law in Support Thereof, the record in this matter, and for good cause shown thereby, the Court finds as follows:

    1.    On October 15, 2019, the United States filed a Verified Complaint for

Forfeiture *In Rem* ("Verified Complaint") alleging that the following assets (collectively, the "Defendant Assets"), among others, were subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A),(C) and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and the Federal Rules of Civil Procedure:

    a.    A total of approximately $45,585,667.46 in U.S. currency in the custody of the UNITED STATES, which includes:

        i.    Approximately $5,999,710.00 in U.S. currency seized on or about December 19, 2017;

        ii.    Approximately $35,488,967.72 in U.S. currency seized on or about January 8, 2018; and

        iii.    Approximately $4,096,989.74 in U.S. currency recovered on or about July 17, 2018; and

    b.    All assets on deposit in account number Z1ULD767 at Valbury Capital Ltd. in London, UNITED KINGDOM.

Verified Compl. (DE 1).

    2.    The United States published notice of this action on an official internet government site for at least thirty (30) consecutive days beginning on November 7, 2019, and ending on December 6, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules. *See* Declaration of Publication (DE 44).

    3.    On November 4, 2019, in accordance with Rule G(4)(b) of the Supplemental Rules, the Government sent notice of the instant civil forfeiture action and a copy of the complaint to potential claimants to the Defendants Assets, including to counsel for Villa

del Riposo S.A., Miglior Investments, S.A., Treasure Trail, S.A. and Gestiones Paraiso, S.A., and to counsel for Carmelo Urdaneta Aqui. See Exhibit A, ECF No. 48-1; Exhibit C, ECF No. 48-3. Counsel received such direct notice on November 5, 2019. See Exhibit B, ECF No. 48-2; Exhibit D, ECF No. 48-4. The notice informed counsel of the obligation to file verified claims in these civil forfeiture proceedings within at least 35 days after notice is sent. See Exhibit A, ECF No. 48-1; Exhibit C, ECF No. 48-3.

4. To date, no claims have been filed for the Defendant Assets, and the time for doing so has expired.

5. On January 28, 2020, a Default by Clerk, pursuant to Fed. R. Civ. P. 55(a), was entered against the Defendant Assets. Clerk's Default, ECF No. 49. The United States filed this Motion on the day after the entry of the Clerk's Default.

**THEREFORE**, the United States' Motion for Entry of Order of Forfeiture by Default Judgment (DE 50) Pursuant to Fed. R. Civ. P. 55(b)(2) is **GRANTED**, and it is **ORDERED AND ADJUDGED** that:

1. Default judgment is entered in favor of the United States and against the following property, and against all other persons for failure to timely plead, answer, or otherwise defend:

    a. A total of approximately $45,585,667.46 in U.S. currency in the custody of the UNITED STATES, which includes:

        i. Approximately $5,999,710.00 in U.S. currency seized on or about December 19, 2017;

        ii. Approximately $35,488,967.72 in U.S. currency seized on or about January 8, 2018; and

    iii. Approximately $4,096,989.74 in U.S. currency recovered on or about July 17, 2018; and

  b. All assets on deposit in account number Z1ULD767 at Valbury Capital Ltd. in London, UNITED KINGDOM.

2. The following property (collectively, the "Defendant Assets") is forfeited to the United States of America:

  a. A total of approximately $45,585,667.46 in U.S. currency in the custody of the UNITED STATES, which includes:

    i. Approximately $5,999,710.00 in U.S. currency seized on or about December 19, 2017;

    ii. Approximately $35,488,967.72 in U.S. currency seized on or about January 8, 2018; and

    iii. Approximately $4,096,989.74 in U.S. currency recovered on or about July 17, 2018; and

  b. All assets on deposit in account number Z1ULD767 at Valbury Capital Ltd. in London, UNITED KINGDOM.

3. Any duly authorized law enforcement official, may seize, take possession, and dispose of the forfeited property according to law.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of January, 2020.

KATHLEEN WILLIAMS
UNITED STATES DISTRICT JUDGE