

MTGP135 LTD.
Trust Company Complex,
Ajeltake Road, Ajeltake Island (MH96960),
Majuro,
Marshall Islands

pennings@solidattorneys.com
T +599 9 846 8888
C +599 9 6855775

Date    26 January 2021
Re      Date auction vessel BLUE ICE

Dear Sir, Madam,

On behalf of our client, SANTA BARBARA RECREATION N.V., doing business as Seru Boca Marina, with its registered office in Curacao, at Porta Blanku Nieuwpoort, I herewith inform you that at the request of our client, the Court in First Instance of Curacao has, in its judgment dated 25 January 2021, set the day, time and place for the judicial sale of the vessel BLUE ICE (MMSI number 375154000) at **Friday, 5 March 2021 at 09:30 hrs**, at the courthouse in Willemstad, Curacao, located at Emancipatie Boulevard Dominico "Don" Martina 18.

Should you have any questions in this respect, please do not hesitate to contact us.

Kind regards,

_____
SOLID. attorneys
Eva M. Pennings