**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-24249-KMW/EGT**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ONE 1999 135-FOOT BAGLIETTO YACHT, KNOWN AS M/Y BLUE ICE, OFFICIAL NUMBER 40146 REGISTERED IN ST. VINCENT AND THE GRENADINES, IN CURACAO,**

      **Defendant *In Rem*.**

_____/

**PLAINTIFF UNITED STATES' NOTICE OF SERVICE OF SPECIAL INTERROGATORIES AND DEFERRAL OF RESPONSE TO MTGP135 LTD'S MOTION TO DISMISS PURSUANT TO SUPPLEMENTAL RULE G(6)**

Plaintiff, United States of America, (the "United States") hereby provides notice that pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), special interrogatories have been served on putative claimant MTGP135 LTD, and therefore, the United States' response to MTGP135 LTD's Motion To Dismiss is deferred until 21 days after it responds to such interrogatories.

On or about February 1, 2020, MTGP135 LTD filed its Motion To Dismiss, ECF No. 96. Rule G(6) of the Supplemental Rules authorizes the government to serve special interrogatories "at any time after the claim is filed and before discovery is closed," or within 21 days after a motion to dismiss is served. *See* Supp. R. G(6)(a). If such special interrogatories are propounded after a motion to dismiss is filed, the rule tolls the time to respond to such motion:

    **(c) Government's Response Deferred.** The government need not respond to a

claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered these interrogatories. Supp. R. G(6)(c).

On or about February 9, 2021, the United States served special interrogatories to MTGP135 LTD, which must be answered within 21 days. Accordingly, pursuant to Rule G(6)(c) of the Supplemental Rules, the United States has 21 days after it receives special interrogatory answers to file a response to MTGP135 LTD's Motion To Dismiss.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9224
Facsimile:   (305) 530-6166
nalina.sombuntham@usdoj.gov

By: */s Danielle N. Croke*
Danielle N. Croke
Assistant United States Attorney
Florida Bar No. 0723258
U. S. Attorney's Office
500 S. Australian Ave., 4th Floor
West Palm Beach, Florida 33401
Telephone: (561) 209.1035
E-mail: danielle.croke@usdoj.gov