

**U.S. Department of Justice**

**EXHIBIT A**

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*Telephone (305) 961-9007*
*Facsimile (305) 536-4089*

February 5, 2021

**VIA FEDERAL EXPRESS**

MTGP135 LTD
c/o Howard Srebnick, Esq.
BLACK, SREBNICK, KORNSPAN & STUMPF
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131

      Re:    *United States v. One 1999 135-Foot Baglietto Yacht, et al.,* Case No. 19-CV-24249-KMW
                 First Set of Special Interrogatories to Claimant MTGP135 LTD.

Dear Mr. Srebnick:

      Please find attached the First Set of Special Interrogatories to putative claimant MTGP135 LTD.  As stated in each set, answers to each special interrogatory are due within twenty-one (21) days of service.

                    Sincerely,

                    Nalina Sombuntham
                    Deputy Chief, Asset Forfeiture Division
                    Assistant United States Attorney
                    (305) 961-9224
                    nalina.sombuntham@usdoj.gov

**EXHIBIT A**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-24249-KMW/EGT**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**ONE 1999 135-FOOT BAGLIETTO YACHT,**
**KNOWN AS M/Y BLUE ICE, OFFICIAL**
**NUMBER 40146 REGISTERED IN ST.**
**VINCENT AND THE GRENADINES, IN**
**CURACAO,**

        **Defendant *In Rem*.**

_____/

## PLAINTIFF UNITED STATES' FIRST SET OF SPECIAL INTERROGATORIES TO PUTATIVE CLAIMANT MTGP135 LTD

Plaintiff, United States of America, pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby propounds the following special interrogatories to be answered under oath within twenty-one (21) days of service hereof. Pursuant to Rule 33 of the Federal Rules of Civil Procedure, you, MTGP135 LTD, (not your attorney) must sign the answers.  Please have an authorized representative sign the attached declaration and forward along with your answers.

**SPECIAL INTERROGATORY NO. 1:**

Identify your place(s) of business and the states, provinces, and foreign countries in which you, MTGP135 LTD, are registered and in operation, including, where applicable, the registration, license, permit, or other identification number, and state whether the registration, license, permit, or other identification is currently valid and periods of time for which it was not valid.  In lieu thereof, you may produce copies of the records, documents, or tangible items.

**EXHIBIT A**

**SPECIAL INTERROGATORY NO. 2:**

In your claim, which appears to have been electronically executed on December 31, 2020, and filed with the Court on the same date, you, MTGP135 LTD, through your officer, Mayela Antonina Tarascio Perez, declare under penalty of perjury that you are the 100% owner of one 1999 135-foot Baglietto yacht, known as M/Y Blue Ice, Official Number 40146 registered in St. Vincent and the Grenadines, in Curacao (the "defendant property"). With reference to the definition of "owner" in 18 U.S.C. § 983(d)(6)[1], state the nature of your ownership interest in the defendant property.

**SPECIAL INTERROGATORY NO. 3:**

State in detail the circumstances in which you acquired your ownership interest in the defendant property, including but not limited to, the following: (a) the date, time, and place in which you acquired the defendant property; (b) the reason you acquired the defendant property; (c) the manner in which the defendant property was delivered to your possession; (d) the identity of the person(s) from whom you acquired the defendant property; and (e) the identity of the person(s) who were present when you obtained the defendant property and/or facilitated the acquisition of the defendant property.  For each person identified in the answer to this special interrogatory, provide the person's name, address, and telephone number.  The person may be a

---

[1] As set forth in 18 U.S.C. § 983(d)(6), the term "owner"—
**(A)** means a person with an ownership interest in the specific property sought to be forfeited, including a leasehold, lien, mortgage, recorded security interest, or valid assignment of an ownership interest; and
**(B)** does not include—
    **(i)** a person with only a general unsecured interest in, or claim against, the property or estate of another;
    **(ii)** a bailee unless the bailor is identified and the bailee shows a colorable legitimate interest in the property seized; or
    **(iii)** a nominee who exercises no dominion or control over the property.

**EXHIBIT A**

natural person or an entity.

**SPECIAL INTERROGATORY NO. 4:**

Identify MTGP135 LTD's officer(s), member(s), shareholder(s), owner(s), agent(s), and any person who has authority to act on your behalf or has an interest in MTGP135 LTD.  For each person identified in the answer to this special interrogatory, provide the person's name, position, address, and telephone number.  The person may be a natural person or an entity.

**SPECIAL INTERROGATORY NO. 5:**

If you, MTGP135 LTD, have any records, documents, or tangible items that document or relate in any way to your response to Special Interrogatory No. 3 or Special Interrogatory No. 4, or are otherwise relevant to your interest in the defendant property or your claim to the defendant property, identify each piece of evidence with specificity, including the name, address, and telephone number of its custodian.  In lieu thereof, you may produce copies of the records, documents, or tangible items.

**SPECIAL INTERROGATORY NO. 6**

Identify all monthly financial statements prepared for the years 2014 to present by you or on your behalf, stating MTGP135 LTD's assets, liabilities, net worth or other financial data.  Your answer should identify the date of the statement, the period the statement covers, the purpose of the statement, and the person who prepared it.  Your answer should also include the name, address, and telephone number of each person to whom the statement was submitted and the present locations of each statement.  In lieu thereof, you may produce copies of the records, documents, or tangible items.

**EXHIBIT A**

**SPECIAL INTERROGATORY NO. 7:**

Describe in detail how you control and maintain the defendant property, including but not limited to, the following: (a) the identity, role, compensation, and period of employment for any person(s) that maintain, care, or crew for the defendant property; (b) maintenance and other payments related to the defendant property; and (c) travel history of the defendant property.   For each person identified in the answer to this special interrogatory, provide the person's name, address, and telephone number.   The person may be a natural person or an entity.

**SPECIAL INTERROGATORY NO. 8:**

Describe in detail who is Mayela Antonina Tarascio Perez, the position(s) that she holds or has held in MTGP135 LTD, the responsibilities of each identified position, the length of time she has served in each identified position, the compensation she receives or has received as result of each identified position, and the identity of any person(s) who direct her or have directed in the execution of her responsibilities of each identified position.

**SPECIAL INTERROGATORY NO. 9:**

Describe in detail when and how you, MTGP135 LTD, received notice of the above-captioned civil forfeiture action in order for you to file a claim.

**SPECIAL INTERROGATORY NO. 10:**

Describe in detail when and how you, MTGP135 LTD, have complied with the attached Second Protective Order for Asset Subject to Forfeiture, entered in the related criminal case no. 18-CR-20685-KMW/EGT on June 24, 2019, and referenced in the United States' Notice Regarding Arrest Warrants In Rem, ECF No. 9.

**SPECIAL INTERROGATORY NO. 11:**

State the nature of your relationship, if any, to: (a) Gustavo Adolfo Perdomo Rosales; (b)

**EXHIBIT A**

Raul Gorrin Belisario; (c) Andiron Corporation S.A.; and (d) Eaton Global Services Limited.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    _____
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:     (305) 961-9224
Facsimile:      (305) 530-6166
nalina.sombuntham2@usdoj.gov

**EXHIBIT A**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-24249-KMW/EGT**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**ONE 1999 135-FOOT BAGLIETTO YACHT,**
**KNOWN AS M/Y BLUE ICE, OFFICIAL**
**NUMBER 40146 REGISTERED IN ST.**
**VINCENT AND THE GRENADINES, IN**
**CURACAO,**

      **Defendant *In Rem*.**
_____/

## DECLARATION

I, _____, do hereby declare, certify and verify,

under penalty of perjury as provided by federal law, that I have read the foregoing Answers to the

First Set of Special Interrogatories and that every answer is true and correct.

Executed on: _____       _____
                                                                              CLAIMANT

6

Case 1:19-cv-24249-KMM Document 109-1 Entered on FLSD Docket 10/01/2021 Page 8 of 11
Case 1:18-cr-20685-KMW Document 112-6 *SEALED* Entered on FLSD Docket 06/20/2019
Page 1 of 3

**EXHIBIT A**

| ✓ SEALED |
|---|
| _ NOT SEALED |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-CR-20685-WILLIAMS

UNITED STATES OF AMERICA

v.

FRANCISCO CONVIT GURUCEAGA, et al.,

Defendants.

Per Local Rule 5.4(d), the matter(s)
shall remain sealed.
_____ years; _____ (specific date);
_____ permanently; __✓__ (other).

Filed *Ex Parte* and UNDER SEAL

### SECOND PROTECTIVE ORDER FOR ASSET SUBJECT TO FORFEITURE

THIS CAUSE is before the Court upon application of the United States of America (the "United States") for entry of a second post-Indictment protective order restraining and enjoining a certain asset subject to forfeiture in order to preserve its availability for criminal forfeiture, pursuant to 21 U.S.C. § 853(e). Being fully advised in the premises and based on the United States' *Ex Parte* Application for Second Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), and Memorandum of Law in Support Thereof, including the agent's declaration, and for good cause shown thereby, the Court finds as follows:

1. On August 16, 2018, a federal grand jury in the Southern District of Florida returned an Indictment charging Francisco Convit Guruceaga, Jose Vincente Amparan Croquer, a.k.a, "Chente," Carmelo Antonio Urdaneta Aqui, Abraham Edgardo Ortega, Gustavo Adolfo Hernandez Frieri, Hugo Andre Ramalho Gois, Marcelo Federico Gutierrez Acosta Y Lara, and Mario Enrique Bonilla Vallera (the "Defendants") with conspiracy to commit money laundering, substantive counts of money laundering, and substantive counts of interstate and foreign travel in aid of racketeering. Indictment, ECF No. 19. The Indictment also contained forfeiture allegations, which alleged that upon a conviction of a violation of 18 U.S.C. § 1956, as alleged in

Case 1:19-cv-24049-KMW Document 109-1 Entered on FLSD Docket 10/01/2021 Page 9 of 11
Case 1:18-cr-20685-KMW Document 92-6 *SEALED* Entered on FLSD Docket 06/24/2019
Page 2 of 3

## EXHIBIT A

the Indictment, the Defendants shall each forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1). *Id.* at 5. The Indictment also alleged that upon a conviction of a violation of 18 U.S.C. § 1952, as alleged in the Indictment, the Defendants shall each forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to 18 U.S.C. § 981(a)(1)(C). *Id.* at 5-6. The Indictment alleged that several assets were subject to forfeiture. *Id.* at 6-7. On August 22, 2018, the Court issued a Protective Order for Assets Subject to Forfeiture, which was amended in the Amended Protective Order for Assets Subject to Forfeiture ("Amended Protective Order"). *See* Protective Order, ECF No. 32; Am. Protective Order, ECF No. 60. The Amended Protective Order enjoined and restrained assets listed in the forfeiture allegations and certain additional assets.

2.     Based on the agent's declaration submitted in support of the United States' *Ex Parte* Application for Second Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), there is probable cause to find that the following property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1): the M/Y Blue Ice, which is more fully described as a 1999 135-foot Baglietto yacht, official number 40146 registered in St. Vincent and the Grenadines.

3.     Pursuant to 21 U.S.C. § 853(e)(1)(A), upon filing of the Indictment, the Court is authorized to enter a restraining order, injunction, or *take any other action* to preserve the availability of property subject to criminal forfeiture.

4.     Pursuant to 21 U.S.C. § 853(e)(4)(A), the Court is authorized to order any of the Defendants to repatriate any property that may be seized and forfeited, and to direct that such property be deposited, pending trial, with the U.S. Secretary of the Treasury.

Case 1:19-cr-24349-KMW  Document 108-1  S  Entered on FLSD Docket 10/01/2021  Page 10 of
Page 8 of 3
Case 1:18-cr-20685-KMW  Document 426-1  SEALED  Entered on FLSD Docket 06/24/2019
11

# EXHIBIT A

Based on the foregoing, the United States' *Ex Parte* Application for Second Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e) is **GRANTED,** and it is hereby,

**ORDERED** that:

1.      The following property is **ENJOINED AND RESTRAINED** in order to preserve its availability for criminal forfeiture: the M/Y Blue Ice, which is more fully described as a 1999 135-foot Baglietto yacht, official number 40146 registered in St. Vincent and the Grenadines (hereafter, the "Subject Vessel").

2.      The Defendants, including their respective agents, representatives, servants, employees, attorneys, family members, those persons in active concert or participation with the Defendants, or other persons or entities holding or with custody of the Subject Vessel, are **ENJOINED AND RESTRAINED** from selling, transferring, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the dissipation, disposal (by transfer of stock or otherwise), or removal from the jurisdiction of this Court the Subject Vessel, or any assets traceable thereto, without prior approval of the Court and upon notice to the United States and an opportunity to be heard.

3.      The United States is **AUTHORIZED AND DIRECTED** to serve a copy of this Order on any individual or entity that the United States believes may be in control or possession of the Subject Vessel.

4.      This Order shall remain in full force and effect until further order of this Court.

**SO ORDERED** this 24th day of June 2019 in Chambers at Miami, Florida.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:      Nicole Grosnoff and Nalina Sombuntham, Assistant U.S. Attorneys (2 certified copies)

Dear Customer,

# EXHIBIT A

The following is the proof-of-delivery for tracking number: 866013884397

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | P.PEREZ | Delivery Location: | 201 S BISCAYNE BLVD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | MIAMI, FL, 33131 |
| | | Delivery date: | Feb 9, 2021 12:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 866013884397 | Ship Date: | Feb 8, 2021 |
| | | Weight: | |

Recipient:
MTGP135 LTD, C/O HOWARD SREBRICK ESQ
201 S BISCAYNE BLVD STE 1300
MIAMI, FL, US, 33131

Shipper:
NALINA SOMBURTHAM, USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
MIAMI, FL, US, 331322131



Thank you for choosing FedEx