**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-24249-KMW/EGT**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ONE 1999 135-FOOT BAGLIETTO YACHT,**
**KNOWN AS M/Y BLUE ICE, OFFICIAL**
**NUMBER 40146 REGISTERED IN**
**ST. VINCENT AND THE GRENADINES, IN**
**CURACAO,**

      **Defendant *In Rem*.**

_____/

**DECLARATION OF HSI SPECIAL AGENT AMY PARKER**

I, AMY PARKER, under penalty of perjury, declare:

1. I am a Special Agent with Homeland Security Investigations ("HSI"). I have been employed with HSI since 1987. I am currently assigned to the HSI Miami, Asset Identification and Removal Group ("AIRG"), and my duties include investigating violations of Titles 8, 18, 18, 21, and 31 of the United States Code.

2. The facts in this declaration come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I make this declaration in support of a motion to strike MTGP135 LTD's Verified Claim for one 1999 135-foot Baglietto yacht, known as the M/Y Blue Ice, official number 40145 registered in St. Vincent and the Grenadines ("M/Y Blue Ice"). It does not set forth all of my knowledge about this matter.

3. On or about October 15, 2019, a Verified Complaint for Forfeiture *in Rem* ("Verified Complaint") was filed against the M/Y Blue Ice.

**EXHIBIT B**

4. On or about December 31, 2020, MTGP135 LTD filed a Verified Claim, asserting to be the "100% owner" of the M/Y Blue Ice.

5. On or about September 28, 2021, I learned that the M/Y Blue Ice was recently located at an address in Fort Lauderdale, Florida (the "Fort Lauderdale Address"). I later learned that the vessel was sold to CRISTOBAL3 PARTNERS, LLC, an entity with the same aforementioned Fort Lauderdale Address.

6. On or about September 30, 2021, I along with another HSI special agent left a copy of the Verified Complaint and a copy of the Second Protective Order for Asset Subject to Forfeiture issued by the U.S. District Court for the Southern District of Florida in *United States v. Convit Guruceaga et al.*, Case No. 18-CR-20685-KMW/EGT (S.D. Fla.), in the mailbox of the residence located at the Fort Lauderdale Address.

7. On or about October 4, 2021, counsel for CRISTOBAL3 PARTNERS, LLC, a Delaware limited liability company, contacted me regarding the documents left in the mailbox.

8. I have conducted an interview with counsel for CRISTOBAL3 PARTNERS, LLC, obtained a signed declaration from the company's manager and 50-percent owner, and reviewed communications and other documentation from attorneys involved in the judicial sale of the M/Y Blue Ice.

9. Based on the foregoing, I have learned the following:

   i. In November of 2020, the Curacao court authorized the arrest of the M/Y Blue Ice due to the prior owner's non-payment of dockage and other necessaries.

   ii. On or about April 23, 2021, CRISTOBAL3 PARTNERS, LLC participated in an auction conducted by the Curacao court in connection with the forced sale of the M/Y Blue Ice. CRISTOBAL3 PARTNERS, LLC was the winning bidder

**EXHIBIT B**

of the auction and the Curacao court awarded it the M/Y Blue Ice.

    iii. CRISTOBAL3 PARTNERS, LLC purchased the M/Y Blue Ice for US $2.5 million plus payment of approximately US $40,000 in auction costs.

    iv. At the time of the judicial sale, the validated claims to the M/Y Blue Ice totaled more than $4 million. There were no excess funds produced by the sale.

    v. On or about May 5, 2021, the M/Y Blue Ice was registered to CRISTOBAL3 PARTNERS, LLC, in St. Vincent and the Grenadines. [*See* Exhibit C.] The M/Y Blue Ice was previously registered to MTGP135 LTD.

10. In addition, in the signed declaration, CRISTOBAL3 PARTNERS, LLC's manager and 50-percent owner declared, under penalty of perjury, the following:

    i. Until he received the Verified Complaint and Second Protective Order for Asset Subject to Forfeiture on October 4, 2021, he had no knowledge of the existence of either *United States v. Convit Guruceaga et al.*, Case No. 18-CR-20685-KMW/EGT (S.D. Fla.) (the "Civil Forfeiture Case") or *United States v. One 1999 135-Baglietto Yacht, Known as M/Y Blue Ice, et al.*, Case No. 19-CV-24249-KMT/EGT (S.D. Fla.) (the "Parallel Criminal Case").

    ii. He has no knowledge of the persons identified in either the Parallel Criminal Case or the Civil Forfeiture Case, nor does he have any knowledge of the crimes alleged in the Parallel Criminal Case or the Civil Forfeiture Case.

    iii. He has no relationship with MTGP135 LTD, Mayela Antonina Tarascio Perez, Raul Gorrin Belisario, or Gustavo Perdomo.

    iv. The current title owner to the M/Y Blue Ice is CRISTOBAL3 PARTNERS, LLC. MTGP135 LTD, Mayela Antonina Tarascio Perez, Raul Gorrin

3

**EXHIBIT B**

Belisario, and Gustavo Perdomo have no interest in the M/Y Blue Ice.

v.   The M/Y Blue Ice is currently located in Fort Lauderdale, Florida.

Executed on October 27, 2021.

Respectfully submitted,

Amy Parker, Special Agent
HOMELAND SECURITY INVESTIGATIONS