# report

**COURT OF FIRST INSTANCE OF CURAÇAO**

Case numbers: CUR202100766 (and CUR202100767, CUR20200153, CUR202100124 and CUR202100615)

Report of the hearing of 23 April 2021 concerning:

the forced sale of the pleasure yacht, registered in the shipping register of Saint Vincent and the Grenadines, named 'BLUE ICE' (with call sign 40146 J8Y3676 and MMSI number: 375154000, sailing under the flag of Saint Vincent and the Grenadines,

being the property of:
**MTGP135 LTD.**, the legal entity under Marshall Islands law,
with registered office in Majuro, Marshall Islands,
the judgment debtor,

on the application of:

the public limited company **SANTA BARBARA RECREATION N.V.**,
with registered office in Curaçao,
the judgment creditor,
authorised representative: E.M. Pennings LL.M.,

Present are:   F.V.L.M. Wannyn LL.M., judge,
M. Molenaar, registrar,
R.A. Ramazan, in his capacity as bailiff.

The persons who have appeared, all via video connection, are:
E.M. Pennings LL.M., on behalf of the judgment creditor,
W. Princée LL.M., on behalf of Cristobal3 Partners LLC (previously G. Hauenstein),
C. Neuman, Ms Van Grieken, R.L. Cardena, R. Taro,
J. Brakha, J. Arana, and R. Newton

The judgment debtor, despite being duly called, has not appeared.

The case is called.

The judge opens the hearing and announces that the forced sale shall take place on the application of the judgment creditor and that – in view of the documents presented – all terms and formalities prescribed by law have been observed.

The authorised representative of the judgment creditor, in reply to a question put to him, announces that one bidder has come forward in conformity with the auction conditions.

The judge finds that no other bidders have reported to the court building today and at this time.



Case numbers: CUR202100766 (and CUR202100767, CUR20200153, CUR202100124 and CUR202100615)

page 2

The judge finds that none of the persons present require the auction conditions to be read in full and declares that these shall be deemed to have been read.

The judge notes that, due to the measures taken in connection with Covid-19, a copy of the auction conditions and a copy of the approved statement of costs have been affixed to the outside of the court building as of a week prior to the hearing.

The judge announces that, in accordance with the auction conditions, bids shall be made in U.S. dollars and requests the judgment creditor to make the minimum bid known.

Pennings LL.M. announces that the minimum bid shall be in the amount of US$ 2,500,000.

The bailiff subsequently commences the auction.

The judge finds that none of the persons present offer more than US$ 2,500,000.

The judge announces that the Dutch auction[1] shall take place starting at the minimum bid, as announced previously via e-mail and by Pennings LL.M., plus US$ 100,000, being US$ 2,600,000.

The bailiff subsequently commences the Dutch auction[1].

The judge finds that none of the persons present cast a bid[2] and announces that the ship will go to the highest (sole) bidder.

In reply to a question put to her, Princée LL.M. states that she has bid on behalf of Cristobal3 Partners LLC, with registered office at 800 North State Street, Suite 402 Dover, DE199101, State Delaware.

The judge pronounces her oral judgment, in which aforementioned ship is awarded to Princée LL.M., acting on behalf of the company Cristobal3 Partners LLC, for an amount of US$ 2,500,000. The judge also announces that the judgment shall be made out in writing when the payment of the purchase price and the costs, less the advance of US$ 300,000 paid into the trust account of the office of Pennings LL.M., has been paid into the US$ account of the court:

Account number     : Banco di Caribe 30649310
BIC/SWIFT code     : Curaçao: BDCCCWCU

The judge then concludes the oral hearing.

Of which this report has been drawn up.

[signature]                                                    [signature]

---

[1] Translator's note:
   To prevent confusion: a Dutch auction takes place by way of the price lowering incrementally until a bidder accepts the current price.

[2] Translator's note:
   A more literal translation of the first part of this sentence is 'the judge finds that none of the persons present say "mine"'; this refers to the Dutch auction (in Dutch: 'afmijnen') in which the bidder says 'mijn' ('mine') at a price he deems acceptable. Other words are not accepted as bids.

# amending report

**COURT OF FIRST INSTANCE OF CURAÇAO**
Case numbers: CUR202100766 (and CUR202100767, CUR20200153, CUR202100124 and CUR202100615)

Amending report of the hearing of 23 April 2021 concerning:

the forced sale of the pleasure yacht, registered in the shipping register of Saint Vincent and the Grenadines, named 'BLUE ICE' (with call sign 40146 J8Y3676 and MMSI number: 375154000, sailing under the flag of Saint Vincent and the Grenadines,

being the property of:
**MTGP135 LTD.**, the legal entity under Marshall Islands law,
with registered office in Majuro, Marshall Islands,
the judgment debtor,

on the application of:

the public limited company **SANTA BARBARA RECREATION N.V.**,
with registered office in Curaçao,
the judgment creditor,
authorised representative: E.M. Pennings LL.M.,

Wrongly, in the previous report:
1) the following name of a person present was spelled incorrectly:
   Cardena.
2) the comment made by Princée LL.M. was not included:
   Princée LL.M. commented that the amount of US$ 300,000 held by her shall be held on behalf of the bidder/purchaser; Cristobal3 Partners LLC.
3) in the final paragraph, the advance 'paid' has been included.

The report shall be amended within the meaning of the following:
1) instead of Cardena, Gardana should be read.
2) after the paragraph in which it has been included that Princée LL.M. has bid on behalf of Cristobal3 Partners LLC, the comment under 2) above shall be included in the report.
3) In the final paragraph, advance 'to be paid' instead of 'paid' should be read.

In all other respects, the report remains unchanged.

Of which this amending report has been drawn up.

[signature]                                          [signature]



# judgment

**COURT OF FIRST INSTANCE OF CURAÇAO**
Case numbers: CUR202100766 (and CUR202100767, CUR20200153, CUR202100124 and CUR202100615)

Judgment of 5 May 2021 of sale and awarding concerning:

the forced sale of the pleasure yacht, registered in the shipping register of Saint Vincent and the Grenadines, named 'BLUE ICE' (with call sign 40146 J8Y3676 and MMSI number: 375154000, sailing under the flag of Saint Vincent and the Grenadines, constructed by Cantieri Navali Baglietto S.P.A, Savona, Italy, with a length of 37.36 metres, a greatest width of 8.20 metres, a gross tonnage of 356 and a net tonnage of 106,
hereinafter referred to as: 'the ship',

on the application of:

the public limited company **SANTA BARBARA RECREATION N.V.**,
with registered office in Curaçao,
the judgment creditor,
authorised representative: E.M. Pennings LL.M.,

this at the expense of:

**MTGP135 LTD.**, the legal entity under Marshall Islands law,
with registered office in Majuro, Marshall Islands,
the judgment debtor,
failed to appear.

### 1. The proceedings

The proceedings are evidenced by the following:

- the application submitted to the court registry on 9 March 2021 for the determination of the date and announcing of the forced sale, and the decision made on that application on 10 March 2021;
- the documents submitted on 19 March 2021 pursuant to Section 575, Subsection 2 of the Code of Civil Procedure;
- the statement of costs submitted by the lawyer of the judgment creditor on 14 April 2021, and the decision made on that on 14 April 2021;
- the sale at the public hearing of 23 April 2021 at 9:15 and the report drawn up thereof;
- the statement of costs submitted by the lawyer of the judgment creditor prior to the hearing via e-mail on 22 April 2021, and the decision made on that on 23 April 2021;
- the confirmation of the registrar of 5 May 2021 that an amount of US$ 2,239,299.64 has been received on the trust account of the Joint Court of Justice, with description:
  'BBRUBEBBB010 // 001725644 AMT:210505USD2239299,64 BOO:TRIPP SCOTT PA DETAILS:CUR202100766'



Case numbers: CUR202100766 (and CUR202100767, CUR20200153, CUR202100124 and CUR202100615)
judgment date: 5 May 2021

page 2

### 2. The assessment

The terms and formalities prescribed by law have been observed. The sale has been effected in a legally valid manner. The ship shall be awarded to the legal entity under the law of Delaware Cristobal3 Partners LLC, with registered office at 800 North State Street, Suite 402 Dover, DE 19901, State Delaware, on behalf of whom the winning bid of US$ 2,500,000 has been cast at the hearing. On behalf of the registrar, it has been confirmed that the payment of the purchase price with costs less the advance has been received.

### 3. The judgment

The court:

awards the ship to the legal entity under the law of Delaware
CRISTOBAL3 PARTNERS LLC, with registered office in Dover, Delaware.

This judgment was given by F.V.L.M. Wannyn LL.M., judge, in the presence of the registrar and delivered in open court on 5 May 2021.

    [signature]                                      [signature]



## TRANSLATOR'S STATEMENT

I, Sebastiaan Eduard Antonius Boers, sworn as translator for the English language at the District Court of The Hague in the Netherlands, registered in the 'Register voor Beëdigde Tolken en Vertalers' (Register for Sworn Interpreters and Translators) under number 29246, hereby declare that the attached translation into English from Dutch as performed by me, to the best of my knowledge, accurately reflects the content and meaning of the Dutch original document, which original document is attached to this translation.

Signed in The Hague,   12 MEI 2021

 

Sebastiaan Eduard Antonius Boers, Sworn (Dutch to English) Translator

| | |
|---|---|
| Addr. | Urgent Vertalen<br>Javastraat 72<br>2585 AS   The Hague<br>The Netherlands |
| Tel. | +31 (0)70 778 58 30 |
| E-mail | info@urgentvertalen.nl |
| Web. | https://urgentvertalen.nl/ |

Applying changes or additions to the original document or the translation is not allowed and invalidates these documents. The falsifying or forging of documents or the use of aforesaid falsified or forged documents is punishable by law.

### APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: THE NETHERLANDS
   This public document
2. has been signed by **S.E.A. Boers**
3. acting in the capacity of sworn translator
4. bears the seal/stamp of aforesaid translator

Certified

5. in Den Haag          6. on 12-05-2021
7. by the registrar of the district court of Den Haag
8. no. 2021/3815

9. Seal/stamp:         10. Signature:

Y. Demirel



# proces-verbaal

GERECHT IN EERSTE AANLEG VAN CURAÇAO
Zaaknummers: CUR202100766 (en CUR202100767, CUR20200153, CUR202100124 en CUR202100615)

Proces-verbaal van de zitting van 23 april 2021, inzake:

de executoriale verkoop van het in het scheepvaartregister van Saint Vincent and the Grenadines geregistreerde plezierjacht genaamd "BLUE ICE" (met roepletters 40146 J8Y3676 en MMSI nummer: 375154000, varend onder de vlag van Saint Vincent and the Grenadines,

in eigendom toebehorend aan:
de rechtspersoon naar het recht van de Marshall Islands MTGP135 LTD.,
gevestigd in Majuro, Marshall Islands,
de geëxecuteerde,

op verzoek van:

de naamloze vennootschap SANTA BARBARA RECREATION N.V.,
gevestigd in Curaçao,
de executant,
gemachtigde: mr. E.M. Pennings,

Tegenwoordig zijn:   mr. F.V.L.M. Wannyn, rechter,
mr. M. Molenaar, griffier,
R.A. Ramazan, in zijn hoedanigheid als deurwaarder.

Verschenen zijn, allen via videoverbinding:
mr. E.M. Pennings, namens de executant,
mr. W. Princée, namens Cristobal3 Partners LLC (voorheen G. Hauenstein),
C. Neuman, mevr. Van Grieken, R.L. Cardena, R. Taro, J. Brakha, J. Arana, en R. Newton.

De geëxecuteerde is, ondanks behoorlijke oproeping, niet verschenen.

De zaak wordt uitgeroepen.

De rechter opent de zitting en deelt mede dat de executoriale verkoop plaatsvindt op verzoek van de executant en dat – gelet op de overgelegde stukken – alle bij de wet voorgeschreven termijnen en formaliteiten in acht zijn genomen.

De gemachtigde van de executant deelt desgevraagd mede dat één bieder zich conform de veilingvoorwaarden heeft gemeld.

De rechter constateert dat geen andere bieders zich vandaag en op dit tijdstip bij het gerechtsgebouw hebben gemeld.

Zaaknummers: CUR202100766 (en CUR202100767, CUR20200153,
CUR202100124 en CUR202100615)                                    blad 2

De rechter constateert dat niemand van de aanwezigen voorlezing van de veilingvoorwaarden wenst en verklaart dat deze geacht worden te zijn voorgelezen.

De rechter merkt op dat vanwege de getroffen maatregelen in verband met Covid-19 een kopie van de veilingvoorwaarden en een kopie van de goedgekeurde staat van kosten vanaf een week voorafgaand aan de zitting aan de buitenzijde van het gerechtsgebouw heeft gehangen.

De rechter deelt mede dat conform de veilingvoorwaarden in Amerikaanse dollars zal worden geboden en verzoekt aan de executant om het minimum bod kenbaar te maken.

Mr. Pennings deelt mede dat het minimum bod US$ 2.500.000 bedraagt.

Hierna maakt de deurwaarder een aanvang met het opbieden.

De rechter constateert dat geen van de aanwezigen meer biedt dan US$ 2.500.000.

De rechter deelt mede dat het afmijnen begint bij, zoals eerder per e-mail aangegeven door mr. Pennings, het minimum bod + US$ 100.000, dus US$ 2.600.000.

Hierna maakt de deurwaarder een aanvang met het afmijnen.

De rechter constateert dat geen van de aanwezigen 'mijn' roept en deelt mede dat het schip naar de hoogste (enige) bieder gaat.

Desgevraagd verklaart mr. Princée dat zij heeft geboden voor Cristobal3 Partners LLC, gevestigd aan 800 North State Street, Suite 402 Dover, DE 19901, State Delaware.

De rechter spreekt mondeling haar beslissing uit, waarbij bedoeld schip wordt toegewezen aan mr. Princée, optredende voor de vennootschap Cristobal3 Partners LLC, voor een bedrag van US$ 2.500.000. Tevens deelt de rechter mede dat het vonnis op schrift zal worden gesteld zodra de betaling van de koopsom en de kosten, verminderd met het op de derdengeldenrekening van het kantoor van mr. Pennings gestorte voorschot van US$ 300.000, is gestort op de US$ rekening van het gerecht:

Rekeningnummer    :Banco di Caribe 30649310
BIC/SWIFT code    :Curaçao: BDCCCWCU

Hierna sluit de rechter de mondelinge behandeling.

Waarvan is opgemaakt dit proces-verbaal.

# herstelproces-verbaal

GERECHT IN EERSTE AANLEG VAN CURAÇAO
Zaaknummers: CUR202100766 (en CUR202100767, CUR20200153, CUR202100124 en CUR202100615)

Herstelproces-verbaal van de zitting van 23 april 2021, inzake:

de executoriale verkoop van het in het scheepvaartregister van Saint Vincent and the Grenadines geregistreerde plezierjacht genaamd "BLUE ICE" (met roepletters 40146 J8Y3676 en MMSI nummer: 375154000, varend onder de vlag van Saint Vincent and the Grenadines,

in eigendom toebehorend aan:
de rechtspersoon naar het recht van de Marshall Islands **MTGP135 LTD.**,
gevestigd in Majuro, Marshall Islands,
de geëxecuteerde,

op verzoek van:

de naamloze vennootschap **SANTA BARBARA RECREATION N.V.**,
gevestigd in Curaçao,
de executant,
gemachtigde: mr. E.M. Pennings,

In het eerdere proces-verbaal is/zijn abusievelijk:
1) de volgende naam van een aanwezige verkeerd gespeld:
    Cardena.
2) niet opgenomen de volgende door mr. Princée geplaatste opmerking:
    Mr. Princée heeft opgemerkt dat het door haar gehouden bedrag van US$ 300.000 wordt gehouden namens de bieder/koper; Cristobal3 Partners LLC.
3) in de laatste alinea opgenomen het 'gestorte' voorschot.

Het proces-verbaal wordt hersteld in die zin dat:
1) in plaats van Cardena, Gardana moeten worden gelezen.
2) na de alinea waarin is opgenomen dat mr. Princée heeft geboden voor Cristobal3 Partners LLC, de opmerking onder 2) hierboven wordt opgenomen in het proces-verbaal.
3) In de laatste alinea dient te worden gelezen 'nog te storten' in plaats van 'gestorte' voorschot.

Voor het overige blijft het proces-verbaal ongewijzigd.

Waarvan is opgemaakt dit herstelproces-verbaal.

# vonnis

GERECHT IN EERSTE AANLEG VAN CURAÇAO
Zaaknummers: CUR202100766 (en CUR202100767, CUR20200153, CUR202100124 en CUR202100615)

Vonnis van 5 mei 2021 van verkoop en toewijzing inzake:

de executoriale verkoop van het in het scheepvaartregister van Saint Vincent and the Grenadines geregistreerde plezierjacht genaamd "BLUE ICE" (met roepletters 40146 J8Y3676 en MMSI nummer: 375154000, varend onder de vlag van Saint Vincent and the Grenadines, gebouwd door Cantieri Navali Baglietto S.P.A, Savona, Italië, met een lengte van 37,36 meter, grootste breedte van 8,20 meter, een bruto tonnage van 356 en netto tonnage van 106,
hierna te noemen: 'het schip',

op verzoek van:

de naamloze vennootschap **SANTA BARBARA RECREATION N.V.**,
gevestigd in Curaçao,
de executant,
gemachtigde: mr. E.M. Pennings,

zulks ten laste van:

de rechtspersoon naar het recht van de Marshall Islands **MTGP135 LTD.**,
gevestigd in Majuro, Marshall Islands,
de geëxecuteerde,
niet verschenen.

1. Het procesverloop

Het procesverloop blijkt uit het volgende:

- het op 9 maart 2021 ter griffie ingediende verzoekschrift tot datumbepaling en bekendmaking executoriale verkoop, en de op dat verzoekschrift gestelde beschikking van 10 maart 2021;
- de op 19 maart 2021 ex artikel 575 lid 2 Rv gedeponeerde stukken;
- de op 14 april 2021 door de advocaat van executante ingediende staat van kosten, en de daarop gestelde beslissing van 14 april 2021;
- de verkoop ter openbare terechtzitting van 23 april 2021 te 9.15 uur en het daarvan opgemaakte proces-verbaal;
- de voorafgaand aan de zitting per e-mail van 22 april 2021 door de advocaat van executante overgelegde staat van kosten, en de daarop gestelde beslissing van 23 april 2021;
- de bevestiging van de griffier van 5 mei 2021 dat op de derdengeldenrekening van het Gemeenschappelijk Hof van Justitie een bedrag van US$ 2.239.299,64 is ontvangen, met de omschrijving: "BBRUBEBBB010 //001725644 AMT:210505USD2239299,64 BOO:TRIPP SCOTT PA DETAILS:CUR202100766".

zaaknummers: CUR202100766 (en CUR202100767, CUR20200153, CUR202100124 en CUR202100615)
datum vonnis: 5 mei 2021                                                                    blad 2

## 2. De beoordeling

De bij de wet voorgeschreven termijnen en formaliteiten zijn in acht genomen. De verkoop is rechtsgeldig geschied. Het schip zal worden toegewezen aan de rechtspersoon naar het recht van Delaware Cristobal3 Partners LLC, gevestigd aan 800 North State Street, Suite 402 Dover, DE 19901, State Delaware, namens wie ter zitting het winnende bod van US$ 2.500.000 is uitgebracht. Namens de griffier is bevestigd dat betaling van de koopsom met kosten verminderd met het voorschot is ontvangen.

## 3. De beslissing

Het gerecht:

wijst het schip toe aan de rechtspersoon naar het recht van Delaware CRISTOBAL3 PARTNERS LLC, gevestigd te Dover, Delaware.

Dit vonnis is gewezen door mr. F.V.L.M. Wannyn, rechter, in aanwezigheid van de griffier in het openbaar uitgesproken op 5 mei 2021.