**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    v.                                                  Case No.: 19-cv-24249-KMW

ONE 1999 135-FOOT BAGLIETTO
YACHT, etc., et al.
                                          /

**MTGP135 LTD'S MOTION TO EXTEND DEADLINE UNTIL NOVEMBER 19, 2021 TO FILE A SUR-REPLY TO [DE#115] GOVERNMENT'S REPLY IN SUPPORT OF MOTION TO STRIKE MTGP135 LTD, AND RESPONSE TO MTGP135 LTD'S OPPOSITION/CROSS-MOTION TO DISMISS**

On November 2, 2021, the government filed [DE#115] Reply in Support of Motion to Strike MTGP135 LTD, and Response to MTGP135 LTD's Opposition/Cross-Motion to Dismiss. Claimant MTGP135 LTD's Sur-Reply to the Government's Reply is presumably due today, November 9, 2021.[1]

Exhibit B to the government's Reply is the *Declaration of HSI Special Agent Amy Parker* in which she states that: "On or about September 28, 2021, I learned that the M/Y Blue Ice was recently located at an address in Fort Lauderdale, Florida (the "Fort Lauderdale Address"). I later learned that the vessel was sold to CRISTOBAL3 PARTNERS, LLC, an entity with the same aforementioned Fort Lauderdale Address." DE#115-2:2 (para. 5). Agent Parker further declared that she had spoken to counsel for CRISTOBAL3 PARTNERS,

---

[1] This Court previously authorized Claimant to file a "file a sur-response [sic] in support of its subject matter jurisdiction argument, but such response must also address why Claimant has standing to make that argument here." DE#113 (Paperless Order). To the extent that Claimant's "sur-response" is government by the Local Rules for filing a reply, it would be due today.

1

LLC who advised that "an auction conducted by the Curacao court … CRISTOBAL3 PARTNERS, LLC purchased the M/Y Blue Ice for US $2.5 million plus payment of approximately US $40,000 in auction costs." DE#115:2-3.

Three days after the government filed that November 2 Reply, Cristobal3 Partners, LLC filed a Verified Claim asserting a 100% interest in the M/Y Blue Ice. See DE#116 (filed November 5, 2021). Almost simultaneously, that same entity filed a Motion for Relief from Second Protective Order for Asset Subject to Forfeiture [DE 126] to Permit the Sale of M/Y Blue Ice in a loosely-related case. *See United States v. Guruceaga*, S.D. Fla. No. 18-20685-CR-WILLIAMS [DE#498].

Given the filing of a Verified Claim by Cristobal3 Partners, LLC, undersigned contacted government counsel and obtained her consent to an extension until November 19, 2021 to file the Sur-Reply, to allow time to research and address the impact of this intervening event on the pending legal issues.

Accordingly, Claimant MTGP135 LTD moves for an extension until November 19, 2021 to file the Sur-Reply.

    Respectfully submitted through counsel,

    **BLACK SREBNICK, P.A.**
    201 South Biscayne Boulevard, Suite 1300
    Miami, FL 33131 / Tel: (305) 371-6421

    /s/ Howard Srebnick
    **HOWARD SREBNICK**
      Fla. Bar No. 919063
      Email: HSrebnick@RoyBlack.com