# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    v.                                                      Case No.: 19-cv-24249-KMW

ONE 1999 135-FOOT BAGLIETTO
YACHT, etc., et al.
_____/

**MTGP135 LTD'S UNOPPOSED MOTION TO FURTHER EXTEND DEADLINE TO FILE A REPLY/SUR-RESPONSE TO [DE#115] GOVERNMENT'S REPLY IN SUPPORT OF MOTION TO STRIKE MTGP135 LTD, AND RESPONSE TO MTGP135 LTD'S OPPOSITION/CROSS-MOTION TO DISMISS UNTIL SEVEN DAYS AFTER UNSEALING OF GOVERNMENT'S EX PARTE APPLICATION FOR ENTRY OF A SECOND POST-INDICTMENT PROTECTIVE ORDER RESTRAINING AND ENJOINING THE M/Y BLUE FOR CRIMINAL FORFEITURE IN *UNITED STATES v. GURUCEAGA*, S.D. FLA. NO. 18-20685-CR-WILLIAMS [DE#125].**

On November 23, 2021, Magistrate Judge Torres entered a

    PAPERLESS ORDER granting [117] Motion for Extension of Time to File Reply/Sur-reply; granting [118] Second Motion for Extension of Time to File Reply/Sur-reply, for good cause shown in the unopposed motions:

    Claimant MGTP135 Ltd.'s Reply/Sur-Reply that is the subject of the Court's Briefing Order [D.E. 113] shall now be filed by 12/3/2021.

    The motion's unopposed request for unsealing an ex parte application in Case No. 18-20685 is also Granted. An Order unsealing will be separately entered in that action.

1

As of this writing, the Court has not yet entered an order unsealing the ex parte application in Case No. 18-20685.

Accordingly, Claimant contacted government counsel, who advised that the government has no objection to further extending the deadline for Claimant MGTP135 Ltd. to file its Reply/Sur-Reply until seven (7) days after the Court unseals the ex parte application (so that Claimant can analyze its content and present any arguments affecting the jurisdictional question pending).

Respectfully submitted through counsel,

**BLACK SREBNICK, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, FL 33131 / Tel: (305) 371-6421

/s/ Howard Srebnick
**HOWARD SREBNICK**
  Fla. Bar No. 919063
  Email: HSrebnick@RoyBlack.com