UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-24249-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 18555 COLLINS AVENUE,
UNIT 2205 SUNNY ISLES BEACH, FLORIDA 33160, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 105) on the motion for final default judgment and an order of forfeiture against real property located at 18555 Collins Avenue, Unit 2205, Sunny Isles Beach, Florida 33160 ("Defendant Asset") (DE 103). In the Report, Magistrate Judge Torres recommended that Plaintiff's motion be GRANTED. No response to the motion was filed, and no objections to the Report were filed.

Having carefully reviewed the Report, the objections, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 105) is **AFFIRMED AND ADOPTED**;

2. Plaintiff's motion for final default judgment and an order of forfeiture against real property located at 18555 Collins Avenue, Unit 2205, Sunny Isles Beach, Florida 33160 (DE 103) is **GRANTED**;

3. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the United States and against the Defendant

Asset, which is real property located at 18555 Collins Avenue, Unit 2205, Sunny Isles Beach, Florida 33160, UNITED STATES or any resulting net sale proceeds from the interlocutory sale of such property pursuant to the Court's Order (DE 57), and against all other persons for failure to timely plead, answer, or otherwise defend;

4. The Defendant Asset is forfeited to the United States of America;

5. Any duly authorized law enforcement official may seize, take possession, and dispose of the Defendant Asset according to law; and

6. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of December, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE