UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-24249-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ONE 1999 135-FOOT BAGLIETTO
YACHT, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation entered by Chief Magistrate Judge Edwin G. Torres on Plaintiff's Motion to Strike and Claimant's Motion to Dismiss (the "***Report***"). (DE 127.) Plaintiff United States of America ("***Plaintiff***") and Claimant MTGP135 LTD ("***Claimant***") each filed objections to the Report. (DE 128; DE 129.) Plaintiff filed a response to Claimant's objections.[1] (DE 130.) In the Report, Chief Magistrate Judge Torres recommended that Plaintiff's Motion to Strike (DE 109) be DENIED, and Claimant's Motion to Dismiss (DE 111) be DENIED. (DE 127.)

---

[1] On July 27, 2022, Claimant filed a Motion for Leave to File a Consolidated Response to Plaintiff's Objections and Reply to Plaintiff's Response to Claimant's Objections ("***Motion for Leave***"). (DE 131.) Claimant contends that the complexity of the issues at hand warrant the Court's consideration of the consolidated memorandum. (*Id.*) As Claimant concedes, the response to Plaintiff's objections was untimely. (*Id.*) Plaintiff filed a response in opposition to Claimant's Motion for Leave, arguing that Claimant did not provide any explanation or good cause for its requested extension to respond to Plaintiff's objections, and Magistrate Judge Rule 4(b) does not provide for any reply memorandum. (DE 132.) Having reviewed the Motion for Leave and the record, the Court does not find good cause to permit Claimant to file a consolidated response to Plaintiff's objections and reply to Plaintiff's response to Claimant's objections. Accordingly, Claimant's Motion for Leave is **DENIED**.

Having carefully reviewed the Report, the objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Strike is **DENIED**.

3. Claimant's Motion to Dismiss is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>6th</u> day of September, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE