UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-24249-KMW/EGT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ONE 1999 135-FOOT BAGLIETTO YACHT,
KNOWN AS M/Y BLUE ICE, OFFICIAL
NUMBER 40146 REGISTERED IN
ST. VINCENT AND THE GRENADINES, IN
CURACAO,

      Defendant *In Rem*.

_____/

## PLAINTIFF UNITED STATES' NOTICE OF SERVICE OF SPECIAL INTERROGATORIES

Plaintiff, United States of America, hereby provides notice that on or about September 8, 2022, pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), special interrogatories have been served on putative claimant MTGP135 LTD. Pursuant to Supplemental Rule G(6)(b), answers must be served within 21 days of service.

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

By:   */s/ Joshua Paster*
      Joshua Paster, Court ID No. A5502616
      Assistant United States Attorneys
      99 N.E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9342
      Facsimile: (305) 536-4089
      joshua.paster@usdoj.gov

      *Counsel for United States of America*