UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24249-CV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 1999 135-FOOT BAGLIETTO
YACHT, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiff United States of America's ("*Plaintiff*") Motion for Judgment on the Pleadings (DE 137) ("*Report*"). (DE 156.) In the Report, Chief Magistrate Judge Torres recommends that the Court grant Plaintiff's Motion for Judgment on the Pleadings. (*Id.*) Claimant MTGP135 LTD filed Objections to the Report (DE 158), to which Plaintiff filed a Response (DE 159).

Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 156) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Judgment on the Pleadings (DE 137) is **GRANTED**.

3. MTGP135 LTD's Claim (DE 93) is **STRICKEN**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE