UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24249-CV-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT
RESIDENCIAL SANTA MARIA SIGNATURE,
APARTMENTS 9-A AND 9-B, INCLUDING
FIXTURES AND FURNISHINGS, IN PANAMA,
PANAMA, *et al.*,

        Defendants.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Reports and Recommendations (DE 186; DE 187) ("***Reports***") on Plaintiff United States of America's Motions for Order of Forfeiture by Default Judgment (DE 170; DE 184) ("***Motions***") against real property located at Residencial Costamare, Apartment 24-021; Vistamar Golf Village, Number 3; and Residencial Costamare, Apartment 24-011. In the Reports, Judge Torres recommends that the Motions be granted. (DE 186 at 1; DE 187 at 1.) No objections were filed to the Reports, and the time to object has passed.

Upon a careful review of the Reports, the Motions, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Torres' Reports (DE 186; DE 187) are **AFFIRMED AND ADOPTED**.

2. Plaintiff United States of America's Motions for Order of Forfeiture by Default Judgment (DE 170; DE 184) are **GRANTED**.

3. This case is **CLOSED**. All deadlines and hearings are **CANCELED**.

4. Pursuant to Federal Rule of Civil Procedure 58(a), the Court will separately issue final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>18th</u> day of December, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE